No. 109, Orig. OKLAHOMA ET AL. *v.* NEW MEXICO. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $71,790.81 for the period February 1 through November 8, 1990, one-third to be paid by each party. [For earlier order herein, see, *e. g., ante,* p. 956.]

No. 89–1027. NORFOLK & WESTERN RAILWAY CO. ET AL. *v.* AMERICAN TRAIN DISPATCHERS' ASSN. ET AL.; and
No. 89–1028. CSX TRANSPORTATION, INC. *v.* BROTHERHOOD OF RAILWAY CARMEN ET AL. C. A. D. C. Cir. [Certiorari granted, 494 U. S. 1055.] Motion of respondents American Train Dispatchers' Association et al. for leave to file a supplemental brief after argument granted.

No. 89–1137. RANNELS *v.* MERIDIAN BANCORP, INC., 494 U. S. 1017. Motion of petitioner to sanction respondent's counsel denied.

No. 89–1717. FLORIDA *v.* BOSTICK. Sup. Ct. Fla. [Certiorari granted, *ante,* p. 894.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 89–1817. COUNTY OF RIVERSIDE ET AL. *v.* MCLAUGHLIN ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 808.] Motion of Grover C. Trask II, District Attorney of Riverside County, for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time denied.

No. 89–1944. OHIO *v.* HUERTAS. Sup. Ct. Ohio. [Certiorari granted, *ante,* p. 807.] Motions of Barbara Babcock et al., National Legal Aid and Defender Association, National Association of Criminal Defense Lawyers et al., and Murder Victims' Families for Reconciliation for leave to file briefs as *amici curiae* granted.

No. 90–26. BARNES, PROSECUTING ATTORNEY OF ST. JOSEPH COUNTY, INDIANA, ET AL. *v.* GLEN THEATRE, INC., ET AL. C. A. 7th Cir. [Certiorari granted, *ante,* p. 807.] Motion of James J. Clancy for leave to file a brief as *amicus curiae* granted.